IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-01209-NRN

**BILLIE OWENS**,

    Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** a foreign corporation,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Katie B. Johnson of Sutton | Booker | P.C. hereby enters her appearance on behalf of Defendant, State Farm Mutual Automobile Insurance Company, and certifies she is a member in good standing with this Court.

Respectfully submitted this 17th day of April, 2025.

    /s/ Katie B. Johnson
Katie B. Johnson
Tetyana V. Beschastna
Sutton | Booker | P.C.
4949 S. Syracuse St., Ste. 500
Denver, Colorado 80237
Telephone: 303-730-6204
Facsimile: 303-730-6208
E-Mail: kjohnson@suttonbooker.com
tbeschastna@suttonbooker.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2025, I electronically filed a true and correct copy of the above and foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kaitlin F. Nares
Nares Law Group, LLC
501 S. Cherry St.
Suite 1100
Denver, Colorado 80246
*Attorneys for Plaintiff*

                                                       */s/  Ginger K. Bryant*
                                                     *A duly signed original is on file at*
                                                     *Sutton | Booker | P.C.*